UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

In re: §
 §
THOMOS, GEORGE T § Case No. 13-41954
THOMOS, LITSA A §
 §
 §
      Debtor(s) §

### NOTICE OF TRUSTEE'S FINAL REPORT AND
### APPLICATIONS FOR COMPENSATION
### AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BRENDA PORTER HELMS, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

        CLERK OF THE COURT
        219 s. DEARBORN STREET
        CHICAGO IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 PM on 11/21/2014 in Courtroom 240,

        Kane County Courthouse
        100 S. Third Street
        Geneva Illinois

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 10/23/2014          By: CLERK OF THE COURT

*BRENDA PORTER HELMS, TRUSTEE*
*3400 W. LAWRENCE AVENUE*
*CHICAGO, IL 60625*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
THOMOS, GEORGE T § Case No. 13-41954
THOMOS, LITSA A §
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 30,000.00 |
| and approved disbursements of | $ | 73.33 |
| leaving a balance on hand of[1] | $ | 29,926.67 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: BRENDA PORTER HELMS, TRUSTEE | $ 3,750.00 | $ 0.00 | $ 3,750.00 |
| Attorney for Trustee Fees: Springer Brown LLC | $ 5,154.50 | $ 0.00 | $ 5,154.50 |
| Charges: Clerk, United States Bankruptcy Court | $ 293.00 | $ 0.00 | $ 293.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 9,197.50 |
| Remaining Balance | $ 20,729.17 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 5,963.06 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Illinois Dept of Employment Security | $ 3,852.10 | $ 0.00 | $ 3,852.10 |
| 4 | Illinois Dept of Revenue | $ 1,568.00 | $ 0.00 | $ 1,568.00 |
| 5 | Illinois Dept of Revenue | $ 542.96 | $ 0.00 | $ 542.96 |
| | Total to be paid to priority creditors | | | $ 5,963.06 |
| | Remaining Balance | | | $ 14,766.11 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 65,766.50 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 22.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1A | Illinois Dept of Employment Security | $ 470.05 | $ 0.00 | $ 105.54 |
| 2 | American Express Centurion Bank | $ 1,749.02 | $ 0.00 | $ 392.70 |
| 3 | Dollas Inc. | $ 63,547.43 | $ 0.00 | $ 14,267.87 |
| | Total to be paid to timely general unsecured creditors | | | $ 14,766.11 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 1,160.16 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 4A | Illinois Dept of Revenue | $ 1,160.16 | $ 0.00 | $ 0.00 |

Total to be paid to subordinated unsecured creditors     $ 0.00

Remaining Balance     $ 0.00

Prepared By: /s/Brenda Porter Helms
Trustee

*BRENDA PORTER HELMS, TRUSTEE*
*3400 W. LAWRENCE AVENUE*
*CHICAGO, IL 60625*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (5/1/2011) *(Page: 4)*

```
                            United States Bankruptcy Court
                             Northern District of Illinois
In re:                                                                    Case No. 13-41954-DRC
George T Thomos                                                           Chapter 7
Litsa A Thomos
         Debtors               CERTIFICATE OF NOTICE
District/off: 0752-1           User: adragonet              Page 1 of 3                   Date Rcvd: Oct 27, 2014
                               Form ID: pdf006              Total Noticed: 60


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 29, 2014.
db/jdb         +George T Thomos,    Litsa A Thomos,    6501 Main Street,    Downers Grove, IL 60516-2818
21152392        Adventist Hinsdale Hospital,    Bankruptcy Dept.,     120 North Oak Street,
                 Hinsdale, IL 60521-3829
21152394        Adventist Hinsdale Hospital,    Bankruptcy Dept.,     33835 Treasury Center,
                 Chicago, IL 60694-3800
21152393        Adventist Hinsdale Hospital,    Bankruptcy Dept.,     POB 9247,   Hinsdale, IL 60522-9247
21152397        Alpha Baking Co., Inc.,    Bankruptcy Dept.,    36230 Treasury,    Chicago, IL 60694-6200
21152398        American Express,    Bankruptcy Dept.,    POB 981535,    El Paso, TX 79998-1535
21524468        American Express Centurion Bank,     c o Becket and Lee LLP,    POB 3001,   Malvern, PA 19355-0701
21152400       +Amex,   Po Box 297871,    Bankruptcy Dept.,    Fort Lauderdale, FL 33329-7871
21152403       ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court: Bank Of America,      Po Box 982235,   Bankruptcy Dept.,
                 El Paso, TX 79998)
21152407       +BMO Harris Bank NA,    Bankruptcy Dept.,    1200 Warrenville Road #2A,
                 Naperville, IL 60563-3529
21152406       +Barclays Bank Delaware,    125 S West St,    Bankruptcy Dept.,    Wilmington, DE 19801-5014
21152408       +Bmo Harris Trust& Savi,    111 W Monroe St,    Bankruptcy Dept.,    Chicago, IL 60603-4096
21152409       ++CAPITAL ONE,   PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                (address filed with court: Cap One,     Po Box 85520,    Bankruptcy Dept.,   Richmond, VA 23285)
21152419       +CKB Firm,   Bankruptcy Dept.,    30 North LaSalle St. Suite 1520,     Chicago, IL 60602-3387
21152411       +Chase,   Po Box 15298,    Bankruptcy Dept.,    Wilmington, DE 19850-5298
21152414       +Cintas Corporation,    Bankruptcy Dept.,    1201 West St. Charles Road,    Maywood, IL 60153-1320
21152415       +Citi,   Po Box 6241,    Bankruptcy Dept.,    Sioux Falls, SD 57117-6241
21152417        Citi,   P.O. Box 6500,    Bankruptcy Dept.,    Sioux Falls, SD 57117-6500
21152420       +Convergent Outsourcing, Inc.,    Bankruptcy Dept.,     POB 9004 / 800 SW 39th St.,
                 Renton, WA 98057-9004
21152421       +Dean Thomos,   842 Plains Court,     Carol Stream, IL 60188-2911
21152443       +Dollas, Inc,   c/o Dominic J. Mancini,     133 Fuller Road,    Hinsdale, IL 60521-3520
21152444        Dwngrv Nt Bk,   15w60 N Frontage R,     Bankruptcy Dept.,    Burr Ridge, IL 60527
21152445       +F.J. Rogers & Associates,    Bankruptcy Dept.,    312 Park Avenue POB 268,
                 Clarendon Hills, IL 60514-0268
21152446       +First American Payment System,     Bankruptcy Dept.,    100 Throckmorton Suite 1800,
                 Fort Worth, TX 76102-2802
21152447       +Flagg Creek Water Reclamation,     Bankruptcy Dept.,    7001 Frontage Road,
                 Burr Ridge, IL 60527-5788
21152448       +Foster & Son Fire Extinguisher,     Bankruptcy Dept.,    7309 West 90th Street,
                 Bridgeview, IL 60455-2119
21152449       +G.A. Produce,   Bankruptcy Dept.,     8035 West Berwyn,    Chicago, IL 60656-1501
21152455       +Grove Leasing of Illinois, Inc.,     Bankruptcy Dept.,    8704 West 98th Place,
                 Palos Hills, IL 60465-1138
21152461       ++HSBC BANK,   ATTN BANKRUPTCY DEPARTMENT,     PO BOX 5213,    CAROL STREAM IL 60197-5213
                (address filed with court: Hsbc/Vlcty,     Po Box 15524,    Bankruptcy Dept.,
                 Wilmington, DE 19850)
21152457       +Hinsdale Management Corporation,     Bankruptcy Dept.,    21 Spinning Wheel Road,
                 Hinsdale, IL 60521-7649
21152456       +Hinsdale Management Corporation,     c/oTimothy Snyder,    120 East Ogden Avenue Suite 17 B,
                 Hinsdale, IL 60521-3544
21152458       +Hsbc Bank,   Po Box 5253,    Bankruptcy Dept.,    Carol Stream, IL 60197-5253
21152459       +Hsbc/Bsbuy,   Po Box 5253,    Bankruptcy Dept.,    Carol Stream, IL 60197-5253
21152460       +Hsbc/Carsn,   Po Box 15521,    Bankruptcy Dept.,    Wilmington, DE 19850-5521
21152464       ++ILLINOIS DEPARTMENT OF REVENUE,     BANKRUPTCY DEPARTMENT,    P O BOX 64338,
                 CHICAGO IL 60664-0338
                (address filed with court: Illinois Dept. of Revenue,      POB 19035,   Bankruptcy Dept.,
                 Springfield, IL 62794-9035)
21599044        Illinois Department of Revenue,    Bankruptcy Section,    PO Box 64338,    Chicago IL 60664-0338
21152463        Illinois Department of Revenue,    Bankruptcy Dept,    POB 64338,   Chicago, IL 60664-0338
21272000       +Illinois Dept. of Employment Security,     33 S. State St. 10th Flr Bankruptcy Unit,
                 Chicago, Illinois 60603-2808,    Attn. Amelia Yabes
21152465       +James D. Schlenker, MD,    Bankruptcy Dept.,    6311 West 95th Street,    Oak Lawn, IL 60453-2201
21152469        Nicor,   Bankruptcy Dept.,    POB 5407,   Carol Stream, IL 60197-5407
21152470       +Novamed Surgery Center of Oak Lawn,     Bankruptcy Dept.,    7980 Reliable Parkway,
                 Chicago, IL 60686-0079
21152471       +Rnb-Fields3,   Po Box 9475,    Bankruptcy Dept.,    Minneapolis, MN 55440-9475
21152472       +Target Nb,   Po Box 673,    Bankruptcy Dept.,    Minneapolis, MN 55440-0673
21152473       +Td Auto Finance,    Po Box 9223,   Bankruptcy Dept.,    Farmington Hills, MI 48333-9223
21152474       +Tec Foods, Inc.,    Bankruptcy Dept.,    POB 410727,   Chicago, IL 60641-0727
21152475       #+Thomas George Thomos,    5848 Walnut Avenue,    Apartment 2C,   Downers Grove, IL 60516-6023
21152497       +Town Planner,   Bankruptcy Dept.,     931 West 75th Street #137-112,    Naperville, IL 60565-1294
21152499       ++US BANK,   PO BOX 5229,    CINCINNATI OH 45201-5229
                (address filed with court: Us Bank/Na Nd,     4325 17th Ave S,   Bankruptcy Dept.,
                 Fargo, ND 58125)
21152498       +Us Bank Home Mortgage,    4801 Frederica St,    Bankruptcy Dept.,   Owensboro, KY 42301-7441
21152501       +Village of Hinsdale,    Bankruptcy Dept.,    19 East Chicago Avenue,    Hinsdale, IL 60521-3431
```

```
District/off: 0752-1           User: adragonet              Page 2 of 3                  Date Rcvd: Oct 27, 2014
                               Form ID: pdf006              Total Noticed: 60


21152502      Zepole Restaurant Supply,    Bankruptcy Dept.,    506 East Frontage Road,    Bolingbrook, IL 60440

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
21152402      E-mail/Text: g17768@att.com Oct 28 2014 01:14:54      AT&T,   Bankruptcy Dept.,    POB 5080,
               Carol Stream, IL 60197-5080
21152395      E-mail/Text: ally@ebn.phinsolutions.com Oct 28 2014 01:14:50      Ally,    Bankruptcy Dept.,
               POB 380902,    Bloomington, MN 55438-0902
21152396     +E-mail/Text: ally@ebn.phinsolutions.com Oct 28 2014 01:14:50      Ally Financial,
               200 Renaissance Ctr,    Bankruptcy Dept.,    Detroit, MI 48243-1300
21152450     +E-mail/PDF: gecsedi@recoverycorp.com Oct 28 2014 01:20:16       Gecrb/Grants Appliance,
               Po Box 981439,    Bankruptcy Dept.,    El Paso, TX 79998-1439
21152451     +E-mail/PDF: gecsedi@recoverycorp.com Oct 28 2014 01:23:06       Gecrb/Lord & Tay,    Po Box 965015,
               Bankruptcy Dept.,    Orlando, FL 32896-5015
21152452     +E-mail/PDF: gecsedi@recoverycorp.com Oct 28 2014 01:21:41       Gecrb/Sams Club,    Po Box 965005,
               Bankruptcy Dept.,    Orlando, FL 32896-5005
21152454     +E-mail/PDF: gecsedi@recoverycorp.com Oct 28 2014 01:23:04       Gecrb/Whitehall,    Po Box 981439,
               Bankruptcy Dept.,    El Paso, TX 79998-1439
21152466     +E-mail/Text: bnckohlsnotices@becket-lee.com Oct 28 2014 01:15:05       Kohls/Capone,
               N56 W 17000 Ridgewood Dr,    Bankruptcy Dept.,    Menomonee Falls, WI 53051-5660
21152468     +E-mail/Text: bnckohlsnotices@becket-lee.com Oct 28 2014 01:15:05       Kohls/Chase,
               N56 W 17000 Ridgewood Dr,    Bankruptcy Dept.,    Menomonee Falls, WI 53051-5660
                                                                                              TOTAL: 9

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
21152399*      American Express,    Bankruptcy Dept.,   POB 981535,    El Paso, TX 79998-1535
21152401*     +Amex,   Po Box 297871,    Bankruptcy Dept.,   Fort Lauderdale, FL 33329-7871
21152404*    ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank Of America,     Po Box 982235,    Bankruptcy Dept.,
                El Paso, TX 79998)
21152405*    ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank Of America,     Po Box 982235,    Bankruptcy Dept.,
                El Paso, TX 79998)
21152410*    ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court: Cap One,    Po Box 85520,    Bankruptcy Dept.,    Richmond, VA 23285)
21152412*     +Chase,   Po Box 15298,    Bankruptcy Dept.,   Wilmington, DE 19850-5298
21152413*     +Chase,   Po Box 15298,    Bankruptcy Dept.,   Wilmington, DE 19850-5298
21152418*      Citi,   P.O. Box 6500,    Bankruptcy Dept.,   Sioux Falls, SD 57117-6500
21152416*     +Citi,   Po Box 6241,    Bankruptcy Dept.,   Sioux Falls, SD 57117-6241
21152422*     +Dean Thomos,    842 Plains Court,    Carol Stream, IL 60188-2911
21152423*     +Dean Thomos,    842 Plains Court,    Carol Stream, IL 60188-2911
21152424*     +Dean Thomos,    842 Plains Court,    Carol Stream, IL 60188-2911
21152425*     +Dean Thomos,    842 Plains Court,    Carol Stream, IL 60188-2911
21152426*     +Dean Thomos,    842 Plains Court,    Carol Stream, IL 60188-2911
21152427*     +Dean Thomos,    842 Plains Court,    Carol Stream, IL 60188-2911
21152428*     +Dean Thomos,    842 Plains Court,    Carol Stream, IL 60188-2911
21152429*     +Dean Thomos,    842 Plains Court,    Carol Stream, IL 60188-2911
21152430*     +Dean Thomos,    842 Plains Court,    Carol Stream, IL 60188-2911
21152431*     +Dean Thomos,    842 Plains Court,    Carol Stream, IL 60188-2911
21152432*     +Dean Thomos,    842 Plains Court,    Carol Stream, IL 60188-2911
21152433*     +Dean Thomos,    842 Plains Court,    Carol Stream, IL 60188-2911
21152434*     +Dean Thomos,    842 Plains Court,    Carol Stream, IL 60188-2911
21152435*     +Dean Thomos,    842 Plains Court,    Carol Stream, IL 60188-2911
21152436*     +Dean Thomos,    842 Plains Court,    Carol Stream, IL 60188-2911
21152437*     +Dean Thomos,    842 Plains Court,    Carol Stream, IL 60188-2911
21152438*     +Dean Thomos,    842 Plains Court,    Carol Stream, IL 60188-2911
21152439*     +Dean Thomos,    842 Plains Court,    Carol Stream, IL 60188-2911
21152440*     +Dean Thomos,    842 Plains Court,    Carol Stream, IL 60188-2911
21152441*     +Dean Thomos,    842 Plains Court,    Carol Stream, IL 60188-2911
21152442*     +Dean Thomos,    842 Plains Court,    Carol Stream, IL 60188-2911
21152453*     +Gecrb/Sams Club,    Po Box 965005,    Bankruptcy Dept.,   Orlando, FL 32896-5005
21152467*     +Kohls/Capone,    N56 W 17000 Ridgewood Dr,    Bankruptcy Dept.,    Menomonee Falls, WI 53051-5660
21152486*     +Thomas George Thomos,    5848 Walnut Avenue,    Apartment 2C,    Downers Grove, IL 60516-6023
21152487*     +Thomas George Thomos,    5848 Walnut Avenue,    Apartment 2C,    Downers Grove, IL 60516-6023
21152488*     +Thomas George Thomos,    5848 Walnut Avenue,    Apartment 2C,    Downers Grove, IL 60516-6023
21152489*     +Thomas George Thomos,    5848 Walnut Avenue,    Apartment 2C,    Downers Grove, IL 60516-6023
21152490*     +Thomas George Thomos,    5848 Walnut Avenue,    Apartment 2C,    Downers Grove, IL 60516-6023
21152491*     +Thomas George Thomos,    5848 Walnut Avenue,    Apartment 2C,    Downers Grove, IL 60516-6023
21152492*     +Thomas George Thomos,    5848 Walnut Avenue,    Apartment 2C,    Downers Grove, IL 60516-6023
21152493*     +Thomas George Thomos,    5848 Walnut Avenue,    Apartment 2C,    Downers Grove, IL 60516-6023
21152494*     +Thomas George Thomos,    5848 Walnut Avenue,    Apartment 2C,    Downers Grove, IL 60516-6023
21152495*     +Thomas George Thomos,    5848 Walnut Avenue,    Apartment 2C,    Downers Grove, IL 60516-6023
21152496*     +Thomas George Thomos,    5848 Walnut Avenue,    Apartment 2C,    Downers Grove, IL 60516-6023
21152476*     +Thomas George Thomos,    5848 Walnut Avenue,    Apartment 2C,    Downers Grove, IL 60516-6023
21152477*     +Thomas George Thomos,    5848 Walnut Avenue,    Apartment 2C,    Downers Grove, IL 60516-6023
21152478*     +Thomas George Thomos,    5848 Walnut Avenue,    Apartment 2C,    Downers Grove, IL 60516-6023
21152479*     +Thomas George Thomos,    5848 Walnut Avenue,    Apartment 2C,    Downers Grove, IL 60516-6023
21152480*     +Thomas George Thomos,    5848 Walnut Avenue,    Apartment 2C,    Downers Grove, IL 60516-6023
21152481*     +Thomas George Thomos,    5848 Walnut Avenue,    Apartment 2C,    Downers Grove, IL 60516-6023
21152482*     +Thomas George Thomos,    5848 Walnut Avenue,    Apartment 2C,    Downers Grove, IL 60516-6023
21152483*     +Thomas George Thomos,    5848 Walnut Avenue,    Apartment 2C,    Downers Grove, IL 60516-6023
```

```
District/off: 0752-1           User: adragonet              Page 3 of 3                   Date Rcvd: Oct 27, 2014
                               Form ID: pdf006              Total Noticed: 60


             ***** BYPASSED RECIPIENTS (continued) *****
21152484*       +Thomas George Thomos,    5848 Walnut Avenue,    Apartment 2C,    Downers Grove, IL 60516-6023
21152485*       +Thomas George Thomos,    5848 Walnut Avenue,    Apartment 2C,    Downers Grove, IL 60516-6023
21152500*      ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
                 (address filed with court:   Us Bank/Na Nd,    4325 17th Ave S,    Bankruptcy Dept.,
                  Fargo, ND 58125)
21152462       ##+Illinois Department of Employment,    Bankruptcy Dept.,    35 South 19th Avenue,
                  Maywood, IL 60153-1228
                                                                                              TOTALS: 0, * 54, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 29, 2014                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 23, 2014 at the address(es) listed below:
              Brenda Porter Helms, ESQ   brenda.helms@albanybank.com,   bhelms@ecf.epiqsystems.com
              Christopher J Stasko    on behalf of Creditor    U.S. BANK, NATIONAL ASSOCIATION
               ND-Four@il.cslegal.com
              David  Brown, ESQ   on behalf of Plaintiff Brenda Porter Helms dbrown@springerbrown.com,
               jkrafcisin@springerbrown.com
              David  Brown, ESQ   on behalf of Trustee Brenda Porter Helms, ESQ dbrown@springerbrown.com,
               jkrafcisin@springerbrown.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Thomas F. Fezzey    on behalf of Debtor George T Thomos fezzey@gmail.com
              Thomas F. Fezzey    on behalf of Joint Debtor Litsa A Thomos fezzey@gmail.com
                                                                                             TOTAL: 7
```