UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re: §
§
THOMOS, GEORGE T § Case No. 13-41954
THOMOS, LITSA A §
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BRENDA PORTER HELMS, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $             from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS:    CHAPTER 7 ADMIN. FEES    AND CHARGES    (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER    ADMIN. FEES AND    CHARGES (from **Exhibit 5**) |  |  |  |  |
|    PRIORITY UNSECURED    CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

    4)  This case was originally filed under chapter   on           . The case was pending for    months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

    Dated: _____    By:/s/BRENDA PORTER HELMS, TRUSTEE_____
                                                           Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Ally Financial |  |  |  |  |  |
|  | BMO Harris Bank NA |  |  |  |  |  |
|  | Us Bank Home Mortgage |  |  |  |  |  |
| **TOTAL SECURED CLAIMS** |  |  | **$** | **$** | **$** | **$** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| THE HELMS LAW FIRM P.C. | | | | | |
| ASSOCIATED BANK | | | | | |
| CLERK, UNITED STATES BANKRUPTCY COU | | | | | |
| SPRINGER BROWN LLC | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | ILLINOIS DEPT OF EMPLOYMENT SECURIT | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4 | ILLINOIS DEPT OF REVENUE | | | | | |
| 5 | ILLINOIS DEPT OF REVENUE | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | AT&T | | | | | |
| | Adventist Hinsdale Hospital | | | | | |
| | Amex | | | | | |
| | Bank Of America | | | | | |
| | Bank Of America | | | | | |
| | Barclays Bank Delaware | | | | | |
| | Bmo Harris Trust& Savi | | | | | |
| | CKB Firm | | | | | |
| | Cap One | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase | | | | | |
| | Cintas Corporation | | | | | |
| | Citi | | | | | |
| | Citi | | | | | |
| | Convergent Outsourcing, Inc. | | | | | |
| | Dwngrv Nt Bk | | | | | |
| | F.J. Rogers & Associates | | | | | |
| | First American Payment System | | | | | |
| | Flagg Creek Water Reclamation | | | | | |
| | Foster & Son Fire Extinguisher | | | | | |
| | G.A. Produce | | | | | |
| | Gecrb/Grants Appliance | | | | | |
| | Gecrb/Lord & Tay | | | | | |
| | Gecrb/Sams Club | | | | | |
| | Gecrb/Whitehall | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Grove Leasing of Illinois, Inc. | | | | | |
| | Hinsdale Management Corporation | | | | | |
| | Hsbc Bank | | | | | |
| | Hsbc/Bsbuy | | | | | |
| | Hsbc/Carsn | | | | | |
| | Hsbc/Vlcty | | | | | |
| | James D. Schlenker, MD | | | | | |
| | Kohls/Capone | | | | | |
| | Kohls/Capone | | | | | |
| | Kohls/Capone | | | | | |
| | Nicor | | | | | |
| | Novamed Surgery Center of Oak Lawn | | | | | |
| | Rnb-Fields3 | | | | | |
| | Target Nb | | | | | |
| | Td Auto Finance | | | | | |
| | Tec Foods, Inc. | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Town Planner |  |  |  |  |  |
|  | Us Bank/Na Nd |  |  |  |  |  |
|  | Us Bank/Na Nd |  |  |  |  |  |
|  | Village of Hinsdale |  |  |  |  |  |
|  | Zepole Restaurant Supply |  |  |  |  |  |
| 2 | AMERICAN EXPRESS CENTURION BANK |  |  |  |  |  |
| 3 | DOLLAS INC. |  |  |  |  |  |
| 1A | ILLINOIS DEPT OF EMPLOYMENT SECURIT |  |  |  |  |  |
| 4A | ILLINOIS DEPT OF REVENUE |  |  |  |  |  |
| TOTAL GENERAL UNSECURED CLAIMS |  |  | $ | $ | $ | $ |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 13-41954 | CAS | Judge: DONALD R. CASSLING | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|---|---|
| Case Name: | THOMOS, GEORGE T | | | Date Filed (f) or Converted (c): | 10/27/13 (f) |
| | THOMOS, LITSA A | | | 341(a) Meeting Date: | 11/22/13 |
| For Period Ending: | 01/28/15 | | | Claims Bar Date: | 03/11/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 1623 Harlem Ave, Berwyn | 76,666.00 | 0.00 | | 30,000.00 | FA |
| 2. 6501 Main Street, Downers Grove, Illinois, | 296,000.00 | 0.00 | | 0.00 | FA |
| 3. U.S. Bank savings account | 177.91 | 0.00 | | 0.00 | FA |
| 4. Charter One Checking account | 1,000.00 | 0.00 | | 0.00 | FA |
| 5. Loyola University Employees' Federal Credit Union | 436.30 | 0.00 | | 0.00 | FA |
| 6. Bank Financial Savings account | 1,200.00 | 0.00 | | 0.00 | FA |
| 7. HOUSEHOLD GOODS AND FURNISHINGS | 1,250.00 | 0.00 | | 0.00 | FA |
| 8. WEARING APPAREL AND JEWELRY | 2,485.00 | 0.00 | | 0.00 | FA |
| 9. Bank Financial IRA | 4,487.16 | 0.00 | | 0.00 | FA |
| 10. Bank Financial IRA | 4,487.16 | 0.00 | | 0.00 | FA |
| 11. Edward Jones account | 1,507.00 | 0.00 | | 0.00 | FA |
| 12. Stock in Yerma 3, Inc. | 0.00 | 0.00 | | 0.00 | FA |
| 13. Misc. A/R | 261.93 | 0.00 | | 0.00 | FA |
| 14. 2007 Dodge Caliber | 4,000.00 | 0.00 | | 0.00 | FA |
| 15. 2012 Chevrolet Malibu SD | 16,276.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values) $410,234.46 $0.00 $30,000.00 $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee filed adversary 12/13 to sell Debtors' one-third interest in real estate; Trustee settled with co-owners
pursuant to court order 4/25/14 to sell the Estate's interest. Funds received and Trustee preparing TFR

LFORM1

UST Form 101-7-TDR (5/1/2011) *(Page: 9)*

Ver: 18.03b

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit 8

| | | |
|---|---|---|
| Case No: | 13-41954   CAS   Judge: DONALD R. CASSLING | Trustee Name:   BRENDA PORTER HELMS, TRUSTEE |
| Case Name: | THOMOS, GEORGE T | Date Filed (f) or Converted (c):   10/27/13 (f) |
| | THOMOS, LITSA A | 341(a) Meeting Date:   11/22/13 |
| | | Claims Bar Date:   03/11/14 |

Initial Projected Date of Final Report (TFR): 06/30/14     Current Projected Date of Final Report (TFR): 12/30/14

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 13-41954 -CAS | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|
| Case Name: | THOMOS, GEORGE T | Bank Name: | ASSOCIATED BANK |
| | THOMOS, LITSA A | Account Number / CD #: | *******1756 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******1334 | | |
| For Period Ending: | 01/28/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/11/14 | 1 | Professional National Title Network<br>Three First National Plaza #1600<br>Chicago IL 60602 | debtors interest in real estate | 1110-000 | 30,000.00 | | 30,000.00 |
| 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 30.21 | 29,969.79 |
| 10/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 43.12 | 29,926.67 |
| 11/21/14 | 010001 | The Helms Law Firm P.C. | Chapter 7 Compensation/Fees | 2100-000 | | 3,750.00 | 26,176.67 |
| 11/21/14 | 010002 | Clerk, United States Bankruptcy Court | Clerk of the Courts Costs (includes | 2700-000 | | 293.00 | 25,883.67 |
| 11/21/14 | 010003 | Springer Brown LLC | Attorney for Trustee Fees (Other Fi | 3210-000 | | 5,154.50 | 20,729.17 |
| 11/21/14 | 010004 | Illinois Dept of Employment Security<br>33 S. State St 10th Floor<br>Bankruptcy Unit<br>chicago IL 60603<br>Attn:; Amelia Yabes | Claim 1, Payment 100.00000% | 5800-000 | | 3,852.10 | 16,877.07 |
| 11/21/14 | 010005 | Illinois Dept of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago IL 60664 | Claim 4, Payment 100.00000% | 5800-000 | | 1,568.00 | 15,309.07 |
| 11/21/14 | 010006 | Illinois Dept of Revenue | Claim 5, Payment 100.00000% | 5800-000 | | 542.96 | 14,766.11 |
| 11/21/14 | 010007 | Illinois Dept of Employment Security | Claim 1A, Payment 22.45293% | 7100-000 | | 105.54 | 14,660.57 |
| 11/21/14 | 010008 | American Express Centurion Bank<br>c/o Becket and Lee LLP<br>P.O. Box 3001<br>Malvern PA 19355 | Claim 2, Payment 22.45257% | 7100-000 | | 392.70 | 14,267.87 |
| 11/21/14 | 010009 | Dollas Inc.<br>c/o Dominic Mancini<br>133 Fuller Road<br>Hinsdale IL 60521 | Claim 3, Payment 22.45232% | 7100-000 | | 14,267.87 | 0.00 |

Page Subtotals    30,000.00    30,000.00

Ver: 18.03b

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 11)*

FORM 2

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 13-41954 -CAS | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|
| Case Name: | THOMOS, GEORGE T | Bank Name: | ASSOCIATED BANK |
| | THOMOS, LITSA A | Account Number / CD #: | *******1756  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******1334 | | |
| For Period Ending: | 01/28/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 30,000.00 | 30,000.00 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 30,000.00 | 30,000.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 30,000.00 | 30,000.00 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account (Non-Interest Earn - *******1756 | 30,000.00 | 30,000.00 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 30,000.00 | 30,000.00 | 0.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals     0.00     0.00

Ver: 18.03b

LFORM24
**UST Form 101-7-TDR (5/1/2011)** *(Page: 12)*